No. 1936. PEOPLE, APPELLEE, v. SOUFFRONT, APPELLANT.—— First District Court of San Juan. Decided November 9, 1922. The motion of withdrawal made by the appellant is sustained.

No. 2868. QUIÑONES ET AL., APPELLEES, v. LÓPEZ, APPELLANT.—Second District Court of San Juan. Decided November 9, 1922. Considering the appellee's motion and the argument of counsel at the hearing, the motion is sustained and the appeal is dismissed.

No. 2869. BANCO TERRITORIAL Y AGRÍCOLA, APPELLEE, v. MONLLOR ET AL., APPELLANTS.—District Court of Ponce. Decided November 9, 1922. The appellee's motion for dis-. missal is sustained.

No. 2870. ANA MARÍA SUGAR COMPANY, APPELLEE, v. CORREA, APPELLANT. — District Court of Aguadilla. Decided November 9, 1922. The appellee's motion for dismissal is sustained.

No. 2751. DELGADO, APPELLANT, v. HIDALGO ET AL., APPELLEES. — District Court of Humacao. Decided November 9, 1922. It appearing that the transcript was filed but no brief was filed within the extensions granted, the motion for dismissal is sustained.

No. 1995. PEOPLE, APPELLEE, v. PEÑA ET AL., APPELLANTS. —District Court of Humacao. Decided November 9, 1922. Violation of section 407 of the Penal Code. There being no bill of exceptions or statement of the case, the appellant having filed no brief and no substantial error appearing to have been committed, the judgment is affirmed.

No. 2833. HERNÁNDEZ, APPELLEE, v. RIVERO, APPELLANT.—— First District Court of San Juan. Damages. Decided November 10, 1922. It appearing that the transcript was filed on July 26, 1922, and that the appellant has not filed his brief within the time allowed by. the rules or asked for an extension, the motion for dismissal is sustained.